# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

FELICIA BIILINGS

    Plaintiff,

v.                                                Case No. 1:24-CV-01125

INTERLAKE-MECALUX, INC.

    Defendant.

## Discovery Plan

Counsel for Plaintiff, Mohammed Badwan of Sulaiman Law Group, Ltd., and counsel for Defendant, Dean Kalant of Gozdecki, Del Giudice, Americus & Brocato LLP, having conferred on May 6, 2024 for the purpose of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed proposed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1): **June 6, 2024**
2. Amendment of the pleadings: **September 6, 2024**
3. Joining additional parties: **September 6, 2024**
4. Close of fact discovery: **December 9, 2024**
5. Disclosure of Plaintiff's experts: **January 9, 2025**
6. Disclosure of Plaintiff's expert reports: **January 9, 2025**
7. Plaintiff's experts deposed by: **February 28, 2025**
8. Disclosure of Defendant's experts: **March 20, 2025**
9. Disclosure of Defendant's expert reports: **March 20, 2025**
10. Defendant's experts deposed by: **April 24, 2025**
11. Completion of all discovery: **April 24, 2025.**
12. Dispositive motions: **May 24, 2025**

| | |
|---|---|
| FELICIA BILLINGS, Plaintiff | INTERLAKE MECALUX, INC., Defendant |
| BY: /s/ *Mohammed O. Badwan* | BY: /s/ *Dean C. Kalant* |
| Mohammed O. Badwan | Dean C. Kalant |
| Sulaiman Law Group, Ltd. | Gozdecki, Del Giudice, |
| 2500 S. Highland Avenue, Suite 200 | Americus & Brocato LLP |
| Lombard, Illinois 60148 | One E. Wacker Drive, Suite 1700 |
| Tel. (630) 575-8180 | Chicago, Illinois 60601 |
| mbadwan@sulaimanlaw.com | Tel. (312) 782-5010 d.kalant@gozdel.com |

{00228186.1}

## CERTIFICATE OF SERVICE

I, Dean C. Kalant, an attorney, hereby certify that, on May 21, 2024, I caused a copy of the foregoing *Joint Proposed Discovery Plan* to be filed with the Clerk of the Court via this Court's ECF filing notification system, which will serve a copy of this document on all counsel of record in this case as required by Federal Rule 16.

/s/ *Dean C. Kalant*     5/21/24
Dean C. Kalant           Date

{00228186.1}